## IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2854 Disciplinary Docket No. 3 |
| | : | |
| | : | No. 14 DB 2022 |
| | : | |
| MICHAEL E. SCHECHTERLY | : | (Court of Common Pleas of |
| | : | Cumberland County, Nos. CP-21-CR- |
| | : | 1354-2021 and CP-21-CR-2841-2021) |
| | : | |
| | : | Attorney Registration No. 90163 |
| | : | |
| | : | (Perry County) |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 23rd day of March, 2022, having received no response to a rule to show cause why Michael E. Schechterly should not be placed on temporary suspension, the Rule is made absolute, and Michael E. Schechterly is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.

   Respondent's right to petition for dissolution or amendment of this Order and to request accelerated disposition of any charges underlying this Order pursuant to Pa.R.D.E. 214(d)(4) and (f)(2) are specifically preserved.